IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 26 AM 9:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

TAMMIE JACKSON, et al., )
)
Plaintiffs, )
)
vs. ) Civ. No. <u>04-2085-Ml/P</u>
)
THE HAMMER CORPORATION, )
et al., )
)
Defendants. )
)

**ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' AAA PHARMACEUTICAL, INC., AND THE HAMMER CORPORATION'S MOTION TO AMEND SCHEDULING ORDER**

Before the court is defendants' AAA Pharmaceutical, Inc., and The Hammer Corporation's Motion to Amend Scheduling Order, filed July 18, 2005 (dkt #41). A review of the record reveals that the defendants did not file a certificate of consultation with their motion. Local Rule 7.2 requires that

> "[a]ll motions . . . shall be accompanied by a certificate of counsel . . . affirming that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues or that all other parties are in agreement with the action requested by the motion." Local Rule 7.2(a)(1)(B). Failure to file a Rule 7.2 certificate "may be deemed good grounds for denying the motion." *Id.*

Therefore, defendants' motion is DENIED, without prejudice.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-26-05

The defendants may renew their motion by refiling it with a certificate of consultation in compliance with Local Rule 7.2.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

Date _July 22, 2005_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CV-02085 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Lori J. Keen
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Ronald L. Grimm
AMBROSE WILSON GRIMM & DURAND
P.O. Box 2466
Knoxville, TN 37901--246

Stephen W. Gibson
AMBROSE WILSON GRIMM & DURAND
P.O. Box 2466
Knoxville, TN 37901--246

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Honorable Jon McCalla
US DISTRICT COURT