FILED BY ___ D.O.

UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

05 AUG -4 PM 3: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

TAMMIE JACKSON, Individually
and as Next of Kin and
Administrator of the
Estate of Katheryn Jackson,         **JUDGMENT IN A CIVIL CASE**

VS

THE HAMMER CORPORATION,
VILLAGE CONSUMER PRODUCTS,
and AAA PHARMACEUTICAL, INC.       **CASE NO: 04-2085 Ml/P**

---

Upon dismissal of the remaining claims by the Plaintiff:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order Granting Summary Judgment of Defendant The Hammer Corporation entered February 23, 2005, and the Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) entered August 4, 2005, this case is DISMISSED without prejudice.

APPROVED:

_Jon P. McCalla_
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

_Aug 4, 2005_
Date

Clerk of Court
THOMAS M. GOULD

_Judy Easley_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-4-05_

44

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CV-02085 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Lori J. Keen
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Ronald L. Grimm
AMBROSE WILSON GRIMM & DURAND
P.O. Box 2466
Knoxville, TN 37901--246

Stephen W. Gibson
AMBROSE WILSON GRIMM & DURAND
P.O. Box 2466
Knoxville, TN 37901--246

Honorable Jon McCalla
US DISTRICT COURT